UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRAVIS RUSSELL, *et al*,

                Plaintiffs,

v.　　　　　　　　　　　　　　　　　　ORDER

LAMOTHERMIC PRECISION CASTING　　19-cv-02310 (PMH)
CORP., *et al.*,

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    This matter has recently been reassigned to me. Due to a further conference scheduled before Magistrate Judge McCarthy and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for April 30, 2020 is hereby cancelled.

Dated: New York, New York
       April 7, 2020

_____
Philip M. Halpern
United States District Judge