UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVIS RUSSELL, individually and on behalf of all other persons similarly situated who were employed by LAMOTHERMIC PRECISION CASTING CORP., A/K/A LAMOTHERMIC CORP., AND ANY RELATED ENTITIES,

           Plaintiff,

-against-

LAMOTHERMIC PRECISION CASTING CORP., A/K/A LAMOTHERMIC CORP., MICHAEL STEELE, AND DANA CIULLO, A/K/A DONNA CIULLO, in their representative capacities,

           Defendants.

Civil Action No. 19-cv-2310 ~~(NSR)~~ (PMH)

**JUDGMENT**

WHEREAS, the Defendants made an Offer of Judgment on August 31, 2020; and

WHEREAS, the Plaintiff accepted the Offer of Judgment on September 1, 2020; and

WHEREAS, the attorneys for Plaintiff and Defendant jointly move this Court for an Order and Judgment;

NOW, THEREFORE be it

ORDERED AND ADJUDGED, that the Plaintiff's action is settled upon Defendants' payment of ten thousand ($10,000.00) dollars; and it is

ORDERED AND ADJUDGED, that this action be dismissed with prejudice.

Dated   September 3, 2020
        New York, New York

_____
~~Hon. Nelson S. Roman, USDJ~~
Philip M. Halpern
United States District Judge